IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: GRACE L ROGERS
1240 RIEGELWOOD LN
COLUMBUS, OH  43204

SSN #(1): XXX-XX-0548

Case No: 06-55958

Chapter 13

Judge: John E. Hoffman Jr.

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The Case was commenced on October 19, 2006.
The plan was confirmed on January 03, 2007.
The Case was concluded on July 06, 2010.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
NOTICE OF DISMISSAL AFTER CONFIRMATION.  THE SUBJECT CASE HAS BEEN DISMISSED.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:            81,518.05

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 2.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| 00000    DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| AEP 00038    ADMINISTRATIVE PRIORITY | 120.00 | 120.00 | 0.00 | 0.00 |
| AEP 00014    UNSECURED | 4.18 | 0.00 | 0.00 | 4.18 |
| ALLIED INTERNATIONAL 00012    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| ALLIED INTERSTATE 00011    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| AMERICAN ACCOUNTS 00013    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| ASPIRE VISA CLASSIC 00016    UNSECURED | 46.92 | 0.00 | 0.00 | 46.92 |
| ASSET ACCEPTANCE LLC 00039    UNSECURED | 6.73 | 0.00 | 0.00 | 6.73 |
| BLAIR CORPORATION 00017    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK 00018    UNSECURED | 27.57 | 0.00 | 0.00 | 27.57 |
| CARLILE PATCHEN ET AL 00034    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CARMEL FINANCIAL 00019    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CITIMORTGAGE INC 00002    PRE-PET MTG ARREARS | 24,351.14 | 13,584.69 | 0.00 | 10,766.45 |

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 06-55958   GRACE L ROGERS

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| CITIMORTGAGE INC 00001    MORTGAGE | Continuing | 51,501.97 | 0.00 | 0.00 |
| COLUMBIA GAS OF OHIO 00020    UNSECURED | 13.96 | 0.00 | 0.00 | 13.96 |
| CREDIT PROTECTION ASSOCIATION 00021    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FFCC COLUMBUS INC 00022    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FFCC COLUMBUS INC 00023    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FFCC COLUMBUS INC 00024    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FIRST MADISON SVCS INC 00041    SECURED | Paid outside | 0.00 | 0.00 | 0.00 |
| GRACE L ROGERS 00000    DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| GUARDIAN FINANCE 00025    UNSECURED | 2.80 | 0.00 | 0.00 | 2.80 |
| INTERNAL REVENUE SERVICE 00006    NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE 00007    NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE 00008    UNSECURED | 145.34 | 0.00 | 0.00 | 145.34 |
| INTERNAL REVENUE SERVICE 00009    PRIORITY | 18,625.16 | 10,431.57 | 0.00 | 8,193.59 |
| INTERNAL REVENUE SERVICE 00003    NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC 00015    UNSECURED | 44.21 | 0.00 | 0.00 | 44.21 |
| LERNER SAMPSON ET AL 00036    UNKNOWN | Not filed | 0.00 | 0.00 | 0.00 |
| MARTEL MANAGEMENT 00027    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MCCALLA RAYMER ET AL 00040    NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| MERCURY FINC 00028    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT 00029    UNSECURED | 80.30 | 0.00 | 0.00 | 80.30 |
| NCO FINANCIAL NA 00030    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| NCO MEDCLR 00031    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| OFFICE OF THE US TRUSTEE 00037    NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| ROUNDUP FUNDING 00026    UNSECURED | 19.21 | 0.00 | 0.00 | 19.21 |
| SOUTHWEST CREDIT SYSTEMS 00032    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 06-55958    GRACE L ROGERS

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| STATE OF OHIO TAXATION 00010    PRIORITY | Not filed | 0.00 | 0.00 | 0.00 |
| TELHIO CREDIT UNION 00033    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| US ATTORNEY COLUMBUS 00004    NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| US ATTORNEY GENERAL 00005    NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL 00035    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 24,351.14 | 18,745.16 | 19,560.83 | 0.00 | 0.00 | 62,657.13 |
| PRIN PAID | 13,584.69 | 10,551.57 | 0.00 | 51,501.97 | 0.00 | 75,638.23 |
| INT PAID | 0.00 | 0.00 | 0.00 | 0.00 |  | 0.00 |
|  |  |  |  |  | TOTAL PAID: | 75,638.23 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| CHRISTOPHER J SPIROFF ESQ | 4,125.05 | 3,352.27 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 2,522.00 | 0.00 | 5.55 | 2,527.55 |

Dated:  07/23/2010

/s/ Frank M. Pees

FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  GRACE L ROGERS                                             Case No: 06-55958
       1240 RIEGELWOOD LN
       COLUMBUS, OH  43204                                    Chapter 13

SSN #(1): XXX-XX-0548                                              Judge: John E. Hoffman Jr.

### CERTIFICATION AND OPPORTUNITY TO OBJECT

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700